# EXHIBIT A

MANH.
5800576
1 10 87