# EXHIBIT B

on DO# 443 re Cond # 2141
1300 Ret to office
1600 End of Tour — E. Elguera
Jan 01, 1987 Thurs. 0800X1600
0735 on duty MTO/PDU office
0930 to 52 Pct (6 to 7 am) w/
Bodyguard, Reamer in DO# 965
re Item #1
1445 Ret to office
1600 to Plan Central Booking
of Def. Kennedy in DO# 443
re Item #1
2400 hrs. Ret to office
0100 End of Tour — E. Elguera (P.R. 01)
1-2-87 Fri (ADV) 0800X1700
0830 on duty MTO/PDU office
0930 to Bellevue Morgue in
DO# 797 re Item #1
1345 Ret to office
1400 to Bellevue Morgue in
DO# 997 re Item #1
1615 Ret to office
2115 End of Tour — E. Elguera (P.R. 01)
1-3-86 Sat (ADV) 0900X1700
0900 on duty MTO/PDU office
1030 to 6th EDU/MC office
w/o at Charles in DO# 997
re Item #1

1300 Ret to office
1340 to 515 E 72 St in DCC#447 w/ Kem #1
1420 Ret to office
2015 to 1/0 75 Pct w/ P.O. Been in DCC# 997 w/ Kem #1
0400 Ret to office
0400 End of tour Delgans (15h OT)
1-4-87 Sun (xxxxxx) Vac Day
1-5-87 Mon 0900X1800hs.
0900 on duty MTN/P.O.U office
1825 End of tour Delgans
1-6-87 Tues. 1200X2000
1200 on duty MTN/P.O.U office
1620 to 222 Thompson, Allgn w/ Sm Kennedy in DCC# 997 w/ t/p on Kem #1
1850 Ret to office
2000 End of tour Delgans
1-7-87 Wend. 0900X1800
0900 on duty MTN/P.O.U office
1330 to Telephone Security in DCC# 443 w/ Kem #1
1600 Ret to office
1700 End of tour Delgans
1-8-87 Thurs. R.D.O.
0001 on duty MTN/P.O.U office called into office w/ Kem #1

0210 to 104 Coulton ave Bklyn w/ Det Crutchen in NCV#965 w/ Rem #1
0300 Ret to office
0350 to 104 Coulton ave Bklyn w/ Det Crutchen in OPV 965 w/ Rem #1
0520 Ret to office
0715 to 910 70 Pct in NCV 4 965 w/ Det Crutchen w/ Rem #1
1015 Ret to office
2030 Rev. to Man Crim Ct Prt cust w/ Rem #1
2330 End of tour E.L. Guzman (23-MAR-07)
1-9-87 RDO
1-10-87 Ret 0800 X 1800 hrs
0800 on duty MTN/PDU office
1630 End of tour E.L. Guzman
1-11-87 Sun 1000 X 1900
1000 on duty MTN/PDU office
1900 End of tour E.L. Guzman
1-12-87 Mon 0800 X 1800 hrs
0800 on duty Man Crim Ct AOA Gelleston w/ Rem #1
1830 End of tour E.L. Guzman (12-MAR-07)
1-13-87 Tues 1000 X 1800
1000 on duty MTN/PDU office
1145 to M.E.'s office

DEC-29-1986 - MON
TOUR 0945 X 1800
1800 END OF TOUR /J Kennedy/
DEC-30-1986 - TUES
TOUR 0745 X 1800
1800 END OF TOUR /J Kennedy/
DEC-31-1986 - WED -VACATION
JAN-1-1987 - THUR -
TOUR 1545 X 2400
ASSIST HOM #1
2400 END OF TOUR /J Kennedy/
JAN-2-1986 - FRI -VACATION
JAN-3&4-1986 RDO
JAN-5-1986 - MON
TOUR - 0945 X 1800
1800 END OF TOUR /J Kennedy/
JAN-6-1986 - TUES
TOUR 1200 X 2015
2015 END OF TOUR /J Kennedy/
JAN-7-1986 - WED
RANGE
1800 END OF TOUR /J Kennedy/
JAN-8-1986 - THUR
TOUR 0945 X 1800
0001 ON DUTY HOM#1
1800 END OF TOUR /J Kennedy/
JAN-9-1986 - FRI

DET KENNEDY