# EXHIBIT C

# COMPLAINT FOLLOW UP

PD 313-081A (Rev. 1-86)-31

| HOMICIDE # 0001 213 | Pct MTN | OCCB No n/a | Complaint No 0025/87 | Date of This Report 01/07/87 |
|---|---|---|---|---|

| Date of Orig. Report 01/01/87 | Date Assigned 01/07/87 | Case No # 0001 | Unit Reporting 88th P.D.U. | Follow Up No 22 |
|---|---|---|---|---|

| Complainant's Name - Last, First, M.I. P.S. of N.Y. for | Victim's Name (If Different) CASSE, JOHN (Deceased) |
|---|---|

**DETAILS**

COMPLAINT : Homicide # 1 - John Casse M/W/71yrs.

SUBJECT : Telephone Conversation with Sheila Moody

1. On Wednesday, January 7, 1987 at approximately 19:00hrs. the undersigned received a telephone call at the 88th P.D.U. office from an individual identifying herself as Sheila Moody of 104 Carlton Avenue, apartment 1 A, home phone ▇▇▇▇▇▇ ; at which time she informed the undersigned that she has informations concerning a Homicide that occured on New Years Eve in the Time Square area of a Frenchman....Sheila Moody went on to say that her son Robert Anthony, M/B/17yrs., ▇▇▇▇▇▇▇▇▇▇▇▇ had mention this incident to her; stating that he was there when this incident happen and that he was with a group of other youths from the Fort Green Project and that he her son told her that he looked down at the body, but when a guy came out of a building an asked what happen he ran with the others guys...eluding to the fact that he did not participate in the incident...; She further stated that she had asked her son to come forward an tell the police, but he elected to flee to the safety of his grandmother Annie Scott who lived at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, N.Y. phone # ▇▇▇▇▇▇▇ and that his grandmother would hide him from the police.

2. The undersigned contacted the M.T.N. P.D.U. with the above informations for further investigations.....

3. CASE ACTIVE......

| Reporting Officer's Rank, Signature, Command Det. [signature] 88TH P.D.U | Name Printed R.L. Stubbs | Tax Reg. No. 888355 | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|

CRIMINAL RECORDS SECTION