# EXHIBIT D

ATTORNEYS' EYES ONLY



S&W_0000016