# EXHIBIT E

1/8/89

6 others 7

1- Tyrone Heyward —          1- 106 Carlton 6A  yrs 15
2- Reginald Grant
3- Alfonso Houston           2- 104 SE
4- Andre Houston             3-
5- Tyrone Bess  AKA Black Star
6- Myself

138 Cumberland walk 5C

arrived about 10 35 PM 12/31/86

7th & 47st when Ball was falling. We were going towards 6 on 52st. There was a white woman with a white fur coat & she was getting beat up.

People were yelling Howard Beach. saw David Warren going thru the mans pockets.

The woman was trying to pull him off of the woman.

ATTORNEYS' EYES ONLY

S&W_0000017