# EXHIBIT F

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Detective George Delgrosso Interview – 1/27/2023
Memorialized by Karina Patel

- Present during the interview: ADA Terri Rosenblatt, ADA Talia Gooding-Williams, Investigative Analyst Karina Patel, Detective George Delgrosso, Thomas Schiels (attorney for Detective Delgrosso)
- Ean Woodson
    - Looked at files we sent over
    - Believes handwritten note is his writing
    - 1/20, after arrest, he got a call from Crime Stoppers; the detective there got a call from someone who he described as female black who said Ean Woodson was involved in the French tourist homicide
    - Before Delgrosso made the arrest, he started collecting names of Brooklyn kids who might've been in Times Square on NYE; he believes Woodson's name might've been included in that batch
    - Went out to look for different kids to confirm they were in Times Square
    - When he talked to Smokes and Warren, he got a list of names of other kids they were with
    - Smokes and Warren admitted when they got to Times Square, some of them split up
    - Once he got information and identified, gathered photos from photo system; showed photos to witnesses to see if they could identify the kids as being present at time of murder
    - *ADA Rosenblatt shows redacted Ean Woodson information via Zoom screen share*
    - Delgrosso remembers after the arrest, he knew there were girls traveling with Smokes and Warren; tried to identify the girls traveling with them
    - Based on the note re Woodson, he's guessing he did speak with Woodson
    - He thinks someone named Williams traveled with Smokes and Warren to the city that night; spoke with him and he said he didn't go to the city that night
    - Got in touch with Smokes' girlfriend, but no one else; doesn't remember the conversation
    - Natalie Moore from Woodson note: doesn't remember speaking with her
    - Stephanie Graham from Woodson note: another girl who traveled with them but wasn't with them when they went to 47th Street
- Throop Avenue tip
    - If he remembers, his memo book has him traveling there with Caruthers; thinks it might've been after the arrest
    - *ADA Rosenblatt shows "Memo Book" document via Zoom screen share*
    - Interpretation of notes: 1620 went to 222 Throop Avenue with Det Kennedy
    - After the homicide, they sent notices out to all precincts in Manhattan looking for information on anybody who was in the Times Square area who was involved in robberies
    - Kennedy received a call from someone in Brooklyn who said he thought one of the kids he knew in the neighborhood was in the city on NYE and might've been involved in some robberies
    - Doesn't know why that kid's name is not in the memo book, but believes Kennedy got the information and Delgrosso went with him to confirm
- Delgrosso: on 1/3, arrest made in Midtown South of a kid who said he had a conversation with Smokes in Albee Square Mall. Doesn't remember name
- Impressions of Walker
    - Arrested for street robbery
    - Knew they were in trouble
    - Looking to make a deal

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

- o   Walker wanted promises but they couldn't promise them anything
- o   Delgrosso told Walker if he and Williams were truthful, they'd do what they could to help with his current case
- Robert Anthony and Houston Brothers
    - o   Sheila Moody was dating a detective in the 88th precinct
    - o   Delgrosso went to Brooklyn, picked up Anthony and brought him to the precinct; he then got the names and addresses of the Houston brothers and went back out to get them
    - o   In the meantime, Kennedy began interviewing Anthony
    - o   Delgrosso reviewed Anthony's statement with Anthony after he came back from picking up the Houston brothers
    - o   He believes the Anthony statement was signed by both him and Kennedy
    - o   He interviewed the Houston brothers and took statements from them
    - o   At first, they denied everything, denied even being in the city; he told them he already spoke with Anthony, and he was just interested in what happened
    - o   "If you robbed anybody, tell us now so we can take care of it"
    - o   Took a little while but they eventually came around and gave information
    - o   All had the same, basic information
    - o   Impressions: just a bunch of kids that were there, saw what happened, didn't know what to do
    - o   Thinks Mrs. Anthony said she saw newspaper articles about the tourist homicide in her son's room
        - ▪   Thinks this should be in his DD5
    - o   Believes they could've been involved in other robberies
    - o   Their stories were consistent; he believed the kids
    - o   Anthony got there first; wouldn't have had a chance to talk to the Houston brothers
        - ▪   Kept them separate except the Houston brothers on their way to the precinct, but there was just small talk in the back of the car
- He eventually found a female who was also robbed, Yellen; brought her in and she said there were multiple people being robbed
- Walker said kids were going into the city and once they heard the ball fell, everyone was supposed to rob someone
    - o   "How are cops going to find one person in the crowds?"
- Multiple robberies on the block where the tourist was killed, but also multiple robberies around Times Square at that point
- Provided photographs of the kids whose names they came up with to other precincts so if there were other robberies in the area, they could use them to make identifications
- Brandon Holmes
    - o   *ADA Rosenblatt explains Order to Produce dated June 1987*
    - o   One of the names they came up with was someone who lived in East New York/Canarsie; got information he was a bad kid and had traveled to Times Square on NYE
    - o   On folder, will see his mom's number listed
    - o   Spoke to mother, she was beside herself
    - o   Holmes had been arrested multiple times as a juvenile
    - o   "Really bad, headed in the wrong direction"
    - o   Believes this is the kid he's thinking about, though not sure
        - ▪   Believes it was Holmes because folder has mom's work and home number listed
    - o   Thinks Holmes eventually came in and spoke to Goldstein

S&W_0000066

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

- o "Drac"
    - Before Holmes got involved, Drac's name came up as one of the kids who traveled to the city
    - Also pegged by anti-crime guys as a bad kid headed to jail for the rest of his life
    - Collected his picture and put it in the file
- o 2 or 3 years after Casse homicide, a jeweler was punched and killed during robbery; detective on that case asked Delgrosso for photographs collected in this case and Holmes was identified
- o Kids all also identified as kids who would go to Albee Square Mall to discuss what areas they'd go to so they wouldn't be going to the same areas to rob
- o Doesn't remember the Holmes meeting
    - He remembers Holmes originally denied having gone to the city, then admitted being in the city, but didn't admit to being involved in any robberies
- It was very typical for kids to come in and change their stories
    - o When they're confronted with the fact that someone else told the cops they were there, they talk
    - o They're trying to make an excuse or keep themselves out of the homicide, so they admit to something else
- The fact that Smokes admitted to being in the city, and to hitting people, helped the case
- Robert Moore
    - o Believes he was one of the kids named as going to the city with Smokes
    - o Eventually ID'ed in a lineup by one of the witnesses
    - o Thinks they didn't pursue the case because he was ID'ed as just being on the block, not participating in the crime
    - o Goldstein made that decision
    - o Delgrosso thought they had enough
    - o Delgrosso: cops didn't have it locked down as well back then as they do now
    - o 6th and 8th were wide open, no crowds (Broadway and 7th were busy because that's where you could see the ball drop)
    - o Kids could've gotten somewhere else in Times Square quickly, or jumped on a train
- Paccione – retired, lives on Long Island somewhere
    - o Schiels: Worked for DA's office after he retired
- Both Smokes and Warren made statements during parole hearing that they were involved in the homicide

S&W_0000067