# EXHIBIT G



**DISTRICT ATTORNEY**
OF THE
**COUNTY OF NEW YORK**
ONE HOGAN PLACE
NEW YORK, N.Y. 10013
(212) 553-9000

ROBERT M. MORGENTHAU
DISTRICT ATTORNEY

3RC

## VIDEO RECORDING REPORT

TAPE NUMBER: VF-87-28

DATE: 1/8/87

TIME OF RECORDING: 7:18 am/pm  TO  7:20 am/pm

LOCATION: MTN

SUBJECT: ERIC SMOKS

PEOPLE V.: 

ADA: ~~DREEE~~ GOLDSTEIN

DETECTIVE: 

OTHER: 

VIDEO TECHNICIAN: CSTRAZEK

Homicide Statement ✓     Conditional Exam _____
ECAB Statement _____   Witness Statement _____
Crime Scene _____      Felony Statement _____

Other _____
Duplicating Technician: MAUNIO     Date: 1/19/87
Playing Time: 2 mins

REMARKS: