# EXHIBIT K

Eric Smokes & David Warren          Confidential

This case has a number of problems.

- The incident occurred while a gang of youths were running wild down the street committing chain snatches and threatening people. So the witnesses weren't focused just on this incident, each of them just supplying bits and pieces of what happened. The wife (spoke to by police) said she saw pulling one of the guys off her husband's body. No other citizen confirms that. The only witnesses to make ids of the Ds are not upstanding citizens. An innocent bystander who saw the punch could not id Smokes (she didn't stick around for the theft)

- Ds' statements which prove they knew each other came in together and were together the entire time, are not going to survive a Huntley hearing w/ a struggle and if they do, may be viewed with distrust by a jury. Both Ds were picked up from their homes on 1/3 late and were kept at a Bklyn Stationhouse for several hours into 1/4. There is no question they were prime suspects at the time but that should be irrelevant. They were told they were not under arrest, were not cuffed, and were in fact let go.

- Assuming we can get Walker to testify truthfully at trial and assuming a judge lets it in (which he should) Walker's testimony as to the method of prior robberies done by Ds will greatly strengthen the case. It will show Smokes intent to rob (ie she knew that Warren

would steal or try to steal ) and Warren's intent to Rob ( he knew that Sracker would take some that they were acting together and the 'inadmissible' but unavoidable fact that they are bad guys