# EXHIBIT L

Brooklyn at 900 PM.
wife.
boy friend.
A Train to F train 42 St
10 49 PM. own McD's

W 48 B'way.    Smoky     20mm 1 foot
              Sky Tory
              Young.
Penn east bldg.
female cockroach

Lebuva Beens. (~~Seorge~~ Gardner)
#    Pittsburge. F●1/13/20

Tracy                     5/13/18
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

George Landers.  C/O dept ~~4/13/22~~
Michael Berry.          ▓▓▓▓▓▓

                                87
                                3
                                45

(Edward)
George ~~Porter~~ Samuels.  11/13/22
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
           ▓▓▓▓▓▓▓▓▓    ▓▓▓
                        Horton. F

        put #      George Samuels.
2   ▓▓▓▓▓▓▓▓▓▓▓    ▓▓▓▓▓▓
                       F-Main

Brooklyn *illegible*
wife
boyfriend
A Train to *illegible*
10:49 PM  *illegible*

W 48 B'way.  Smoky  *illegible*
            Hey Tony
            Young
Penn coat beige.
female *illegible*

Leburra beam (Strong Jacks..)
#    Pittsburgh  F 0/18/20

Tracy ———————————— 5/8/18
@ India Plaza.
735 Lincoln Pl # 6-P
George London   *illegible*
Michael Berry.

(Edward)
George *scratched out* *illegible*
735 Lincoln Ave # 15
Albyn, N.Y.  #
                5437964A
                            *illegible*

       Apt #       George *illegible*
    2  141-37 4/63

                    *illegible*

**REQUEST FOR RECORDS CHECK**
PD 349-161 (6-86)-24

MTN #113

DATE: 06/11/87

TO:
- [ ] Aided & Accident Section
- [ ] Criminal Records Section
- [ ] Identification Section
- [X] Photo Unit
- [ ] Youth Records Unit
- [ ] Other (Specify)

ITEMS REQUESTED:
- [ ] Aided Case
- [ ] Complaint Report
- [ ] Arrest Report  2
- [X] Photo(s) Quan.
- [ ] Criminal Record
- [ ] Other (Specify)

LAST NAME: Samuels,
FIRST: K George
MIDDLE:
"B" OR N.Y.S.I.D. No.: [redacted]

SOCIAL SECURITY NUMBER: [redacted]
ALIASES / MAIDEN: [redacted]

AGE: 20
DATE OF BIRTH: [redacted]
SEX: M
RACE: B
OCCUPATION:

CURRENT ADDRESS: [redacted]

SINCE (DATE): 1970

(Pct. arrest number and charge.)

RANK: Det
NAME (PRINTED): G.W.Delgrosso
SIGNATURE: Det G.W.Delgrosso
TAX REG. NO.: 869560

COMMAND (PRINT COMPLETE NAME): MTN/PDU
CASE, LOG or COMM. No.: Hom#1/87
SIGNATURE OF COMMANDING OFFICER: [signature]

- [ ] BETA
- [ ] N.Y.S.I.D.
- [ ] ARR. REPORT
- [ ] RET. MORE INFO.
- [ ] NO RECORD