# EXHIBIT M

6-17-97
10:40 A.

Smoky ✓
Guy Tony ⊘
Michael Serg. ✓
Dick ✓
Young ✓

wife                    on block.
Tracy
George Samuels
Cheechie   2676 Linden Blvd #6F
5'4"05", him light complexion.

"I got stuck"

Thomas ~~Chaves~~ Chaves → 718-282-1?
                    7-20- (16)
Anthony Fields            (19)
George Samuel ____        
                          86
                          16
                          ——
                          70