# EXHIBIT N

THE CITY OF NEW YORK
DEPARTMENT OF CORRECTION

## NOTICE TO RETURN INMATE TO THE CUSTODY OF THE DEPARTMENT OF CORRECTION

Information to be typewritten where appropriate

DATE: 7-8/88

This document serves as an official notice to: Officer _E. W. Delgrosso_

Title _Detective_ Shield/I.D. # _2459_ Agency _NYPD_

Command _Mid Town_ Tele. # _284-9305_

Who is accepting custody of Inmate: _____

Number: [REDACTED]  From: _____
                              Facility

For the purpose of: _DA_

shall; upon the conclusion of the above purpose, return said inmate to this facility. _Manhattan Court Pens_

UNDER NO CIRCUMSTANCES SHALL THE ABOVE INMATE BE RELEASED OR DISCHARGED WHILE IN YOUR CUSTODY.

The inmate is presently being detained in the Department of Correction's custody on the following charges:

A. _160.15_  B. _____

C. _____  D. _____

Signature of officer accepting custody: _____
                                        Sign Name

                                        _____
                                        Print Name

Signature of DOC Superior Officer Releasing Inmate _____

Title _CAPTAIN_  Shield # _(06??)_  Date _7-8/88_  Time OUT _____
C.O.                                                   TIME BACK

Distribution: Deputy Warden/Security - Officer Accepting Custody - Inmate Record Envelope