# EXHIBIT O

WALKER

ROW?

Rearrest?

Δ testified w ADA Goldsteins

homicide q. π believe he

testified truthfully.

Promise: Probation

(If no new arrest)

Lynas DeRisi
X 9182