# EXHIBIT P

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Michael Goldstein Interview – 11/2/2022
Memorialized by Karina Patel

- Goldstein remembers speaking with Charles King once and Christine Keenan multiple times
- He looked at materials given to him by Keenan
- He read the New Yorker article
    - The writer reached out to him and talked to him
- He never says if someone is guilty, he follows the evidence
    - He will prosecute if the evidence is there
    - He is "not God"; who is he to say someone is guilty
- He knows 4 guys ID'ed Smokes and Warren, and that some have recanted now
- Another guy said through Molineux that Smokes and Warren had done the same thing other times
- They all knew each other, it wasn't a misidentification case
- He doesn't remember giving Burns cigarettes but he "obviously did"
    - He doesn't think he gave him cigarettes to testify. It would've been something to the effect of Burns wanting gum and cigarettes before heading back to Rikers, so he got some for him
- He doesn't "know what's there there; it's a lot of smoke"
- Delgrosso was a "fairly decent detective"
- Drucker caught the case, but he couldn't handle it, so it went to Goldstein
- Goldstein doesn't remember being brought down to the stationhouse; he maybe saw some lineups
- Re Robert Moore
    - Didn't think there was sufficient evidence
    - Evidence was conflicting
    - Probably let him go because not everyone said it was him
    - There was no proof Moore had intent
    - There was no evidence that Moore did anything with Smokes, but there was evidence of Warren
- Goldstein didn't interview Smokes and Warren
    - He doesn't remember speaking to them
    - He made an offer to Warren to cooperate, but Warren rejected the offer
    - When asked why the offer was made to Warren and not to Smokes, Goldstein stated it's because Warren was younger
        - He understood Smokes to be the "badder" guy and thought maybe Warren was under Smokes' sway
- Goldstein was "upset" at the sentencing of 25 to life because he's a "bleeding heart liberal"
- There were no Brady or Rosario lists then
- Goldstein has no memory of Moore's 1/1/1987 arrest for robbery
- Troy/Lee Koonce
    - No memory of this alternate perpetrator tip

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

- He didn't really look at anyone else
    - When he was given the case, the police already had all of these witnesses; he's "pretty positive of that"
- He remembers Walker saying they were "shaping up at Albee"
    - Walker said he'd done robberies with Smokes and Warren
- He has no memory of speaking with the Houston brothers or other witnesses
- One witness kept tying his shoelace while on the stand
    - Doesn't remember which witness it was
    - He kept telling the witness "keep your head up" because "you're not credible when you're looking down"
- He doesn't believe he met with anyone at the precinct
    - Fairly certain all of the meetings were at his office
- There was possibly a lineup at the office, but he doesn't remember for sure
- Most of the time, he was called at the time of the arrest of individuals, including in the Smokes and Warren case
    - There were a few times he was called directly to a scene, but it wasn't often
- He doesn't remember who he brought in during the Grand Jury
- He assumed he was assigned to the case the day after Smokes and Warren were arrested
- He released Moore on the 180.80 day
    - The same number of people who identified Smokes and Warren didn't identify Moore
- He maybe talked to Moore about being a witness, but he doesn't remember
- Regarding phrase "wolfpack robbery"
    - From a commonsense standpoint, thought the phrase to mean a "gang of youths who go around robbing people"
    - He doesn't remember using that phrase in this case
- James Walker
    - Goldstein doesn't remember anything about him
- Witnesses who came on material witness orders
    - Goldstein states they wouldn't have come in without the orders
    - It was not his practice to do material witness orders
    - He did not like to throw people in jail before testifying; it's not what he did
    - He can't recall specifically why he issued material witness orders in this case, but assumes it's because they wouldn't have come in otherwise
    - It could've been that they were produced at the DA's office, but doesn't remember for sure
    - He would've prepped all of his witnesses; wouldn't put them on cold
- Goldstein basically tried the case himself; Axelrod was only 2 or 3 years out
- Terrell Davis
    - Goldstein has some memory of his testimony going the other way
    - Goldstein thinks Davis said someone "caught a body," but then he said no one said anything

S&W_0000063

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

- 
  - He doesn't remember how Davis came to him as a witness
- Goldstein was rarely involved when cops would find some witness
  - There was no "hey, I got this guy, what should I do with him?"
- Witness prep
  - Doesn't remember how the prep went, if maps were shown, etc.
  - He would typically interview witnesses separately
  - He would show them photos
  - He maybe spoke to both Houston brothers together, but he can't say for sure
- Alibi witnesses
  - Doesn't remember if he spoke to them before
  - Didn't think they were very good
- Goldstein stated defendants usually testify in alibi/innocence cases
  - It gives him pause when they don't testify in those cases
  - These guys had alibis and didn't testify
- Kevin Burns
  - Doesn't remember Delgrosso showing up in Burns' Brooklyn case
- He never threatened to make witnesses suspects if they didn't accuse Smokes and Warren
- Not everything has to be a blank slate when questioning people
  - "We heard these guys did this. Do you know anything about it?"
- Robert Anthony
  - Doesn't ring a bell that Sheila Moody was dating a detective
- Doesn't remember any of the teenagers coming in with their parents; he's pretty sure they didn't
- He's not in touch with civilian witnesses or the victim's family
  - Thinks the victim was more than a tourist, maybe a diplomat
  - It was a "pain in the ass to get [the wife] out here"
- Goldstein's email is █████████████