# EXHIBIT R

## Timeline

**January 15, 1987:** VDF (Jan. 3 statements; 4 line up identifications)

**March 24, 1987:** Response to discovery demand: Autopsy report and medical records; specific request for exculpatory material denied: "affirmant is not aware of any exculpatory material."

**April/May 1987:** Court-ordered disclosure of Tyrone Bess's name as a witness who viewed the line up but did not ID Warren

**June 25, 1987:** Suppression hearing

**June 25, 1987:** Four written statements with witness names redacted; line up photographs; photos shown to witnesses introduced as exhibits but not reproduced

**July 6, 1987:** Jury sworn

**July 6, 1987:** After jury selection, before openings, 250+ pages of "police reports, witness reports, Grand Jury testimony" and 'deals made with witnesses.'" There is no *Rosario* list or receipt. The ADA said that he would have disclosed statements of testifying witnesses concerning the subject matter of their testimony, per the *Rosario* rule; case detective testified he destroyed his scratch notes.

**January 17, 2017:** DD5 #17 (Lee Koonce tip)

**October 2017:** DD5 #22 (Sheila Moody/Robert Anthony tip); *Defense discloses witness contact information to DANY*

**June 28, 2018:** DANY obtains *ex parte* protective order for interviews with Andre Houston where he recanted and then un-recanted

**Nov. 14, 2018** CPL 440.10 hearing Anthony, Burns, Williams testify

**Nov. 18, 2018** CPL 440.10 hearing Williams, Davis, Moody testify

**November 28, 2018:**
*Tyrone Bess signed statement
*Production and take out orders for Holmes, Samuels, Williams, Burns, Davis
*Thropp Ave tip
*Ean Woodson crime stoppers note

**Dec. 20, 2018** CPL 440.10 hearing Warren testifies

**December 20, 2018:**
*Goldstein notes of conversations with trial witnesses
*This case has a lot of problems" memo
*ADA Goldstein memo requesting travel funds for Dan Melkonian and expressing the reason is that the local witnesses are "extremely uncooperative" and their grand jury testimony was "contradicted and impeached"

**Jan. 3, 2019** CPL 440.10 hearing Smokes testifies

**January 23, 2019**
*DelGrosso 1978 assault and discipline
*Burns scratch notes stating he saw Smokes 20 mins before the ball dropped on 48th and B'way

**Jan. 25, 2019** CPL 440.10 hearing Goldstein testifies

**Feb. 11 & 27, 2019** DelGrosso testifies

**Feb. 27, 2019:** DelGrosso testifies that Sheila Moody (Robert Anthony's mother) was in a romantic relationship with the Detective she turned her son in to.

**April 5, 2019** CPL 440.10 hearing testimony concludes

**May 22, 2019:** Results of Andre Houston interviews in June 2018, September 2018 and March 2019 disclosed in court. Houston recanted and un-recanted as to both Smokes and Warren. His statements to investigators contradicted his trial testimony.

**October 2019:** Reporter finds municipal archive file with cigarette receipt as well as message from Tyrone Bess's attorney and notes related to Robert Moore. Judge signs subpoena but DANY gets file first and does not reproduce it for the defense.

**Jan. 14, 2020:** CPL 440 motion denied (leave granted)

DRAFT-WORK PRODUCT-NOT EDITED OR PROOFED-CONFIDENTIAL FOR ATTORNEYS EYES ONLY



**April 4, 2022: PCJU opens reinvestigation**

**May 1, 2022:** Robert Anthony's May 2018 voicemail to 440 prosecutor invoking counsel and stating that the cops and district attorney are "crooked"

**August 2022:** Information related to October 1987 arrest of Houston brothers and Anthony for strong arm robbery similar to Casse murder

**June 6, 2022:** Interview with George Edward Samuels. Samuels was interviewed at the time of trial and told law enforcement he was with Burns on NYE 1986.

**Winter/spring 2022-23:** Documents from DANY file review:
*James Walker's additional benefits.
*Ean Woodson file folder.
*Eric Smokes's 2010 letter to DANY asking for review of his case
*Unredacted DD5s, including Grant and Denson statements

**January 27, 2023:** Det. DelGrosso tells PCJU Robert Anthony had new clippings about the Casse murder in his room at the time he was picked up by police on 1/8/87

**Spring 2023:** Review of Brooklyn prosecution file of Kevin Burns shows victim in his Brooklyn case was not James Walker.

**May 2023:** PCJU reviews *People v. Sanders* file and finds the following documents related to the Smokes and Warren case:
*Stephanie Graham tip indicating that Woodson, Jerry Sanders and Arthur Lucky were all involved
*Robert Anthony scratch notes from 1/8/87
*Original photos with line up numbers and names on the back
*Notes indicating that police believed Sanders was at the scene of the murder and DANY prosecutor notes asking for enhanced sentencing for Sanders because of his purported involvement in the Casse murder

DRAFT-WORK PRODUCT-NOT EDITED OR PROOFED-CONFIDENTIAL FOR ATTORNEYS EYES ONLY