# EXHIBIT S

Luana Dunn being fully deposed swear and says:

1. In 1987, I sat as a deliberating juror for the trial The People of the State of New York vs. Eric Smokes and David Warren. At the time my name was Luana Mango.

2. I recall my experience as a juror on this case very clearly.

3. When we began deliberations, the first vote was 7 to 5 in favor of acquittal. No one's votes changed until we had testimony read back.

4. I recall that myself and most of the other jurors were persuaded by the fact that the witnesses for the prosecution were supposedly the defendants' friends or acquaintances and they seemed reluctant to accuse the defendants. We couldn't comprehend what incentive they had to lie.

5. One witness we did not believe was a kid who testified that the defendants were very far downtown at the time, away from the scene of the crime.

6. I haven't looked at any transcripts from the trial, but I remember the defense attorney said in summation if we didn't cast a not-guilty vote, we would have to look at ourselves in the mirror forever. Every juror, including me, thought the remark was in bad taste.

7. After the readback of the kids' testimonies, votes started to flip to guilty. Votes stopped at 11-1 in favor of guilty within a few hours. There was a Spanish lady who would not change her vote for the rest of deliberations. She cried and got very emotional because she did not believe the police testimony at all. We couldn't convince her, even though things got a little intense and we started to kind of bully her to avoid a hung jury. Eventually she voted guilty.

_____
Luana Dunn

July 2, 2023
Date

State of New York }
                   } ss:
County of Suffolk }

Sworn to and Executed Before me on 7/2/23           Notary Public _____

DANIEL A. LEVINE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LE6154152
Qualified in Queens County
My Commission Expires 10-23-2026